KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick H. Banks, ) | No. CV 11-31-TUC-CKJ |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Bureau of Indian Affairs, et al., ) | |
| Respondents. ) | |

Petitioner Frederick H. Banks, who is confined in the Federal Correctional Institution-Safford, has filed more than 187 cases in federal courts throughout the United States. Presently pending in this Court is Petitioner's *pro se* Petition for Writ of Mandamus and an incomplete Application to Proceed *In Forma Pauperis*. Petitioner appears to seek money damages for Defendants' alleged factual misrepresentations in Petitioner's criminal proceedings, alleged deprivations of Plaintiff's First Amendment rights with respect to prison mail, and alleged violations of the 1868 Sioux Treaty of Fort Laramie.

The issuance of a writ of mandamus is an extraordinary remedy, which may only be granted in the exercise of sound discretion. Miller v. French, 530 U.S. 327, 339 (2000). For mandamus relief, a petitioner must satisfy three elements: (1) that petitioner has a clear and certain claim; (2) that the respondent has a non-discretionary, ministerial duty, which is so plain as to be free from doubt; and (3) that the petitioner does not have an adequate available remedy. Johnson v. Reilly, 349 F.3d 1149, 1153 (9th Cir. 2003); Benny v. U.S. Parole Com'n, 295 F.3d 977, 898 (9th Cir. 2002). With respect to the third element, a federal

1 inmate seeking injunctive relief must first exhaust available administrative remedies before
2 a district court may exercise mandamus jurisdiction.  See e.g.,Laubach v. Scibana, 301 Fed.
3 Appx. 832 (10th Cir. 2008); Ghana v. Holland, 226 F.3d 175, 184 (3d Cir. 2000) (federal
4 inmates seeking injunctive relief must first exhaust administrative remedies); Veteto v.
5 Miller, 794 F.2d 98, 99 (3d Cir. 1986).

6      Petitioner has met none of the requirements for issuing a writ of mandamus, and the
7 Court will therefore deny the Petition.

8 **IT IS ORDERED:**

9      (1)    Petitioner's Application to Proceed *In Forma Pauperis* (Doc. 2) is **denied**.
10      (2)    Petitioner's Petition for Writ of Mandamus (Doc. 1) is **denied** and this action
11 is **dismissed** with prejudice.  The Clerk of Court must close the case and enter judgment.

12      DATED this 27th day of January, 2011.

                              Cindy K. Jorgenson
                              United States District Judge